# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM D. LAWTON

VERSUS

HOLLI HUGHES LAWTON

**AUGUST 02, 2022**

---

In Re:   William D. Lawton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201114901.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED IN PART, DENIED IN PART, AND NOT CONSIDERED IN PART.**   The portion of the trial court's ruling, which granted the Exception of No Cause of Action filed by defendant, Holli Lawton, as to the retroactivity of the request for child support modification by plaintiff, William Lawton, is reversed.   The grant of the exception of no cause of action as to one theory of recovery resulted in an impermissible partial grant of an exception of no cause of action.   If there are two or more items of damages or theories of recovery that arise out of the operative facts of a single transaction or occurrence, a partial judgment on an exception of no cause of action should not be rendered to dismiss an item of damages or theory of recovery. **Robinson v. Wayne & Beverly Papania & Pyrenees Investments, LLC,** 2015-1354 (La. App. 1st Cir. 10/31/16), 207 So.3d 566, 572, writ denied, 2016-2113 (La. 3/13/17), 216 So.3d 808. Accordingly, the exception of no cause of action is denied.

   As to the Motion for New Trial, the writ is not considered. Relator failed to provide a copy of the judgment(s), order(s), or ruling(s) complained of, specifically a copy of any and all judgment(s) signed prior to the Amended Judgment on the Motion for New Trial, if any, as well as a copy of the judgment denying the Exception of Prematurity; a copy of the judge's reasons for judgment, order, or ruling (if written) as to the Exception of Prematurity; a copy of each pleading on which the judgment, order, or ruling was founded including the "Stipulated Judgment Resolving Procedural Posture of Proceedings" and any post-March 4, 2021 rule/motion for contempt filed by defendant, Holli Lawton, against, plaintiff, William Lawton; a copy of any opposition to the Motion for New Trial and any attachments thereto filed by a party in the trial court or a statement by the relator that no opposing written documents were filed; and a copy of pertinent court minutes as to the hearing on the Exception of Prematurity and the hearing on the Motion for New Trial, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6), (7), (8), (9), (10). This court further directs relator to provide a copy of the transcripts of the hearing on the Exception of Prematurity and the April 4, 2022 hearing on the Motion for New Trial in the event a new application is filed.

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2- 18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 29, 2022 and must contain a copy of this ruling.  In all other respects, the writ is denied.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
  FOR THE COURT